UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RAFAEL HERNANDEZ
TORRES,

     Petitioner,                            Case No. 1:26-cv-794

v.                                   HONORABLE PAUL L. MALONEY

KRISTI NOEM, et al.,

     Respondents.

_____/

## ORDER DISMISSING MOTION FOR ATTORNEY FEES

On June 23, 2026, Petitioner filed a motion for attorney fees (ECF No. 10). On July 6, 2026, Petitioner filed a notice withdrawing the motion (ECF No. 12).  Therefore,

**IT IS HEREBY ORDERED** that the motion for attorney fees (ECF No. 10) is DISMISSED AS WITHDRAWN.

Dated:  July 7, 2026                          /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge